**Entered on Docket**
**November 16, 2009**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>Zodiac Investment Inc.<br><br>Debtor(s) | BK 82-20657-BAM<br>Ch 7<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $7,364.62 constituting an unclaimed dividend is declared due to Phoenix Rock and Sand c/o DILKS & KNOPIK.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

Phoenix Rock and Sand
c/o DILKS & KNOPIK
PO Box 2728
Issaquah WA 98027

###