_____
Honorable Bruce A. Markell
United States Bankruptcy Judge



**Entered on Docket**
**September 25, 2012**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re: ZODIAC INVESTMENT INC.               )
                                            )   Bankruptcy No.:82-20657-bam
                                            )   Chapter 7
                                            )
                                            )
                                            )   Hearing Date: NA
                                            )   Hearing Time: NA
                                            )
                                            )
                                            )
             Debtor (s)                     )

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $1,187.84 constituting an unclaimed dividend is declared due to William Gerrie.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

William Gerrie
c/o Alliance Research & Recovery, Inc.
784 Morris Turnpike Suite 104
Short Hills, NJ 07078

###